UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| MONSTER CONCRETE } | CASE NO. 18-80279-CRJ-11 |
| AND EXCAVATION, INC. } | |
| EIN: XX-XXX8547 } | CHAPTER 11 |
| } | |
| Debtor. } | |

## ORDER APPROVING DEBTOR'S REVISED SECOND AMENDED DISCLOSURE STATEMENT DATED SEPTEMBER 28, 2018; SCHEDULING CONFIRMATION HEARING; FIXING TIME FOR OBJECTING TO CONFIRMATION AND TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN

This case came before the Court on October 2, 2018 for hearing on the Debtor's Second Amended Disclosure Statement dated September 28, 2018. Appearing at the hearing, were Angela Ary, Esq., counsel for the Debtor, and Richard Blythe, Esq., counsel for the Bankruptcy Administrator. During the hearing, the Court directed counsel for the Debtor to file a revised Second Amended Disclosure Statement on or before October 5, 2018 to address concerns raised by the Court regarding the sufficiency of the information included in the Second Amended Disclosure Statement.

The Court now finds that the Revised Second Amended Disclosure Statement filed on October 5, 2018 contains adequate information regarding the Debtor's Second Amended Plan of Reorganization as required under 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Debtor's Revised Second Amended Disclosure Statement is hereby **APPROVED**.

2.  Pursuant to Rule 3017(c), a hearing on Confirmation of the Plan will be held on **Tuesday, November 20, 2018** at **1:30 p.m.** before the Honorable Clifton R. Jessup, Jr. at the **Federal Building, 101 Holmes Avenue, Huntsville, Alabama, 35801.**

3.  Pursuant to Bankruptcy Rule 3017(d), the Debtor shall transmit by first class mail on or before **Friday, October 12, 2018**: (i) a copy of the Debtor's Second Amended Plan of Reorganization, the Revised Second Amended Disclosure Statement, and this Order to all creditors; and (ii) a ballot to all creditors entitled to vote on the Plan.

4.  Pursuant to Bankruptcy Rule 3017(c), **Monday, November 12, 2018** by **5:00 p.m., CDT** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

5.  Pursuant to Bankruptcy Rule 3020(b)(1), **Monday, November 12, 2018** by **5:00 p.m., CDT** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

6.  The Debtor must tabulate all acceptances and rejections of the Plan and file a **Ballot Summary** with the Court on or before **Thursday, November 15, 2018** by **12:00 p.m., Noon, CDT.**

7.  The Debtor must file a **Memorandum in Support of Confirmation** explaining pursuant to 11 U.S.C. § 1129 how the Plan of Reorganization satisfies the requirements for confirmation, including evidence of feasibility on or before **Thursday, November 15, 2018** by **12:00 p.m., Noon, CDT.**

**IT IS SO ORDERED** this the 9th day of October, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge